UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:    WON JUNG CHOI, | : | Chapter 7 |
| | : | |
| Debtor | : | Bky. No. 15-11830 ELF |
| | : | |
| WON JUNG CHOI, | : | |
| | : | |
| Plaintiff | : | |
| | : | |
| v. | : | |
| | : | Adv. No. 15-0222 |
| XEROX EDUCATION SERVICES, LLC d/b/a ACS Education Services, | : | |
| | : | |
| ARNE DUNCAN, Secretary, U.S. Department of Education | : | |
| | : | |
| Defendants | : | |

## O R D E R

AND NOW, upon consideration of Defendant Duncan's Motion to Dismiss Complaint, and there being no timely response thereto, it is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Complaint is **DISMISSED** as to Defendant Duncan.

Date: August 3, 2015

ERIC L. FRANK
CHIEF U.S. BANKRUPTCY JUDGE